IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK SARULLO,
BILLIE JEAN SARULLO, h/w : CIVIL ACTION

      Plaintiffs

VS. : NO. 08-CV-178

C-TOWN SUPERMARKET,
JD TILGHMAN REALTY, LLC

      Defendants

FILED
MAR -5 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 4th day of March, 2010, it is hereby ORDERED that the Defendants' Motion to Vacate Default Judgment [Doc. # 10] is DENIED.

BY THE COURT:

_Thomas M. Golden_
THOMAS M. GOLDEN, J.

3-5-10 mailed to unrep
    e-mailed to: R. Sink
                    E. Jensen